UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00129-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| PATRICK MUSTIAN | |

This matter is before the Court on the defendant's unopposed Motion for the Sentencing Hearing in this matter to be referred to United States Magistrate Judge Robert B. Jones, Jr.

For good cause shown and because the offense to which the defendant pled guilty is a Class A misdemeanor, it is hereby **ORDERED** that this case is referred to United States Magistrate Judge Robert B. Jones, Jr. for sentencing. *See* 18 U.S.C. § 3401(a); 28 U.S.C. § 636(a); Local Criminal Rule 5.3(a).

**SO ORDERED.**

This  10th  day of February, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge